UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILSHER SINGH, | No. 1:26-cv-01858-TLN-SCR |
| Petitioner, | A# 221-390-351 |
| v. | |
| CHRISTOPHER CHESTNUT, et al., | **ORDER** |
| Respondents. | |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 6, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 9.) Respondents filed objections to the findings and recommendations standing on their previous briefing in this matter. (ECF No. 10.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 9) are adopted in full.

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED.

3. Respondents shall provide Petitioner with a bond hearing before an immigration judge within five days.  After the hearing, Respondents must release Petitioner unless he is found by the immigration judge to constitute a risk of flight or danger to the community by clear and convincing evidence.  Petitioner must be allowed to have counsel at the hearing.

4. If Petitioner is released following the bond hearing, Respondents must return all of Petitioner's documents and possessions at the time of release.

5. Within three days from the date of the bond hearing, Respondents are directed to file a notice in this Court certifying compliance with the above provisions.

6. The Clerk of Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Date: April 15, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE